UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Mark Arsenault</u>

    v.                        Civil No. 07-360-JL

<u>American General Life
Insurance Company</u>

### O R D E R

The court appreciates the parties' good faith effort to resolve their differences as set forth in the joint certification.  With respect to:

- **document request #6**, the response need only cover the ten year time frame, beginning 10 years prior to the filing of the claim at bar (not the lawsuit - the claim);

- **interrogatory #26**, the response need only cover 1998 to the present;

- **outcomes of lawsuits identified**, the defendant shall disclose such outcomes if a record of such outcomes are maintained in the company database, or in any other compiled form under the control of, or available to, the defendant or any related company or consultant.  If not, defense counsel shall arrange for plaintiff's counsel to personally search its files at the

>defendant's premises in order to ascertain the desired information at the plaintiff's time and expense, without prejudice to any future request for fees and costs.

If this order leaves any issue(s) raised in the joint certification unresolved, the parties need not file any pleadings to re-raise the issue(s); it will be sufficient to telephone the Deputy Clerk with the necessary information and the court will supplement this order accordingly.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  May 20, 2008

cc:  John P. Sherman, Esq.
     Christopher Cole, Esq.
     Christopher C. Frost, Esq.
     Michael D. Mulvaney, Esq.
     Brian David Thomas, Esq.